# United States District Court

NORTHERN        DISTRICT OF        CALIFORNIA

FILED
'08 FEB 20 P 1:52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.        **CRIMINAL COMPLAINT**

Fernando MARTINEZ-Alvarado
(Name and Address of Defendant)

**08-70093 PVT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, **February 10, 2008**, in **Santa Clara County** in the **Northern** District of **California** defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title **8** United States Code, Section(s) **1326**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following
*Official Title*
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

_____2/20/08_____ at _____San Jose, California_____
Date                                                        City and State

Patricia V. Trumbull
United States Magistrate Judge                _Patricia V. Trumbull_
Name & Title of Judicial Officer                Signature of Judicial Officer

RE:   MARTINEZ-Alvarado, Fernando A73 887 388

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. MARTINEZ-Alvarado is a 33-year-old male who has used ten (10) aliases and one (1) date of birth in the past.

(2)   Mr. MARTINEZ-Alvarado has been assigned one (1) Alien Registration number of A73 887 388, FBI number of 861230RA6, California Criminal Information Index number of A10206637, and a Santa Clara County Personal File Number of DDE610.

(3)   Mr. MARTINEZ-Alvarado is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on five (5) occasions from the United States:

| **DATE** | **PLACE OF DEPORTATION** |
| --- | --- |
| December 11, 1997 | Calexico, CA |
| October 27, 1998 | PDN/El Paso, TX |
| July 4, 2000 | Calexico, CA |
| March 22, 2005 | San Ysidro, CA |
| June 30, 2005 | Nogales, AZ |

(4)   Mr. MARTINEZ-Alvarado last entered the United States at or near San Ysidro, CA on or after June 30, 2005, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. MARTINEZ-Alvarado on a date unknown, but no later than February 10, 2008, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On February 13, 2008, Mr. MARTINEZ-Alvarado was interviewed by Immigration Enforcement Agent (IEA) David Vargas at the Santa Clara Co Main Jail, San Jose, CA, and during that interview, Mr. MARTINEZ-Alvarado was advised of his **Miranda** rights in English. Mr. MARTINEZ-Alvarado waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE:   MARTINEZ-Alvarado, Fernando A73 887 388

(6)   Mr. MARTINEZ-Alvarado was, on November 25, 1992, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of SALE OF COCAINE (cases# 160686), a felony, in violation of Section 11352(a) of the California Health and Safety Code, and was sentenced to five (5) months in jail.

(7)   Mr. MARTINEZ-Alvarado was, on February 17, 1994, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of 2ND DEGREE BURGLARY (cases# 170621), a felony, in violation of Section 459/460(a) of the California Penal Code, and was sentenced to eight (8) months in jail.

(8)   Mr. MARTINEZ-Alvarado was, on November 04, 1994, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of TRANSPORT/SELL/OFFER TO SELL COCAINE (case#176545), a felony, in violation of Section 11352(a) of the California Health and Safety Code, and was sentenced to four (4) years in prison.

(9)   Mr. MARTINEZ-Alvarado was, on April 4, 2005, convicted in the United States District Court, Southern District of California, for the offense of ILLEGAL ENTRY, a misdemeanor, in violation of 8 United States Code, Section 1325, and was sentenced to seventy five (75) days in prison.

(10)  On the basis of the above information, there is probable cause to believe that Mr. MARTINEZ-Alvarado illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 20 day of Feb., 2008

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE