1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3                          **E-FILING**

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,      )  CR - 08  00134
                                   )
13        Plaintiff,               )
                                   )
14     v.                          )  VIOLATION:  8 U.S.C. § 1326 –
                                   )  Illegal Re-Entry Following Deportation
15  FERNANDO MARTINEZ-ALVARADO,    )
                                   )  SAN JOSE VENUE
16        Defendant.               )
                                   )
17  _____)

18                  I N F O R M A T I O N

19  The United States charges:

20     On or about February 10, 2008, the defendant

21                 FERNANDO MARTINEZ-ALVARADO,

22  an alien, previously having been arrested and deported from the United States on or about

23  December 11, 1997, October 27, 1998, July 4, 2000, March 22, 2005, and June 30, 2005, was

24  found in the Northern District of California, the Attorney General of the United States and the

25  Secretary for Homeland Security not having expressly consented to a re-application by the

26  defendant for admission into the United States, in violation

27  //

28  //

PLEA AGREEMENT
CR **CASE #**

FILED

08 MAR -5 P 2: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

1  of Title 8, United States Code, Section 1326.

2  DATED: 2/28/08

JOSEPH P. RUSSONIELLO
3                                              United States Attorney

4

5                                              _David M. Callaway_
                                               DAVID R. CALLAWAY
6                                              Deputy Chief, San Jose Office

7  (Approved as to form: _____ )
                          ALFA SCHENK
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEA AGREEMENT
CR **CASE #**                                  2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

FILED

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

2008 MAR 5  P 2:19

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

─── OFFENSE CHARGED ───

8 U.S.C. Section 1326 -
ILLEGAL REENTRY

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years Supervised Release
$100 special assessment

─── DEFENDANT - U.S. ───

FERNANDO MARTINEZ-ALVARADO

**DISTRICT COURT NUMBER**

CR - 08  00134  JW
PVT

─── PROCEEDING ───

Name of Complainant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70093 PVT

Name and Office of Person Furnishing Information on THIS FORM      JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)      JEFFREY B. SCHENK

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY      Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments: