AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

v.

Fernando Martinez-Alvarado

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-00134 JW (PVT)

I, __Fernando Martinez-Alvarado__, the above named defendant, who is accused of

illegal re-entry, in violation of Title 8 U.S.C. section 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/6/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

MAR -6 2008

NOR... SAN JOSE ...RNIA

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer