UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 3/17/2008
**Case No.:** CR-08-0134 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Fernando Martinez-Alvarado ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Nick Humy

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant Martinez-Alvarado present and in custody for proceedings. The Court continued this matter to April 14, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from March 17, 2008 to April 14, 2008 for efforts to resolve this matter short of trial.

**Last Date for Trial: May 15, 2008**

_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: