UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date:  4/14/2008 | Court Reporter: Irene Rodriguez |
| Case No.: CR-08-0134  JW | U.S. Probation Officer: N/A |
| Related Case No.: N/A | Interpreter:   N/A |

## TITLE

U.S.A. v . Fernando Martinez-Alvarado ( C )

**Attorney(s) for Plaintiff(s): Jeff Schenk**
**Attorney(s) for Defendant(s): Nick Humy**

## PROCEEDINGS

Status/ Trial Setting Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings.  The Court continued this matter to April 28, 2008 at 1:30 PM for Setting/Dispsoition..  Time is excluded from April 14, 2008 through April 28, 2008 for the parties efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: